U.S. District Court for the Northern District Of Illinois
Attorney Appearance Form

Case Title: McPartlin v. Cook County et al    Case Number: 17 C 343

An appearance is hereby filed by the undersigned as attorney for:
Plaintiff Frank L. McPartlin

Attorney name (type or print): Cass Thomas Casper

Firm: Talon Law, LLC

Street address: 32 Blaine Street

City/State/Zip: Hinsdale, Illinois 60521

Bar ID Number: 6303022       Telephone Number: (312) 351-2478
(See item 3 in instructions)

Email Address: ctc@talonlaw.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✓ | |
| Are you acting as local counsel in this case? | | ✓ |
| Are you a member of the court's trial bar? | | ✓ |
| If this case reaches trial, will you act as the trial attorney? | | |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
    If appointed counsel, are you
    ☐ Federal Defender
    ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear pro hac vice as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C. §1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on July 4, 2017

Attorney signature:    S/ Cass T. Casper
                       (Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015